**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7452**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JUSTIN BROOKS SHARPE,

Defendant - Appellant.

**No. 20-7528**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JUSTIN BROOKS SHARPE,

Defendant - Appellant.

Appeals from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:17-cr-00322-NCT-1)

Submitted:  July 20, 2021                               Decided:  July 27, 2021

Before WILKINSON and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Justin Brooks Sharpe, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justin Brooks Sharpe appeals the district court's orders denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders.  *See United States v. Sharpe*, No. 1:17-cr-00322-NCT-1 (M.D.N.C. Oct. 7, 2020; Sept. 21, 2020); *see also United States v. High*, 997 F.3d 181, 186-87 (4th Cir. 2021); *United States v. McCoy*, 981 F.3d 271, 282-83 & n.7 (4th Cir. 2020).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*